UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEHROOZ ZIDEHSARAI, et al.,<br><br>Defendants. | No.  2:14-cv-2818-KJM-EFB<br><br><br><u>ORDER RE SETTLEMENT & DISPOSITION</u> |

The case was before the court for a settlement conference conducted on February 11, 2106.  A proposed settlement in principle was reached but will require final approval by the U.S. Department of Justice, Tax Division.  The proposed terms of the settlement were stated on the record.  The attorneys for the United States who participated in the settlement conference have agreed to present the settlement for final approval and to recommend in good faith that the settlement be approved.

Accordingly, the court now orders that dispositional documents are to be filed not later than ninety (90) days from the date of this order.

/////

/////

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3   CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4       IT IS SO ORDERED.

5   DATED: February 11, 2016.

6                                                               EDMUND F. BRENNAN
                                                                UNITED STATES MAGISTRATE JUDGE