IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:14-cv-02818-KJM-EFB |
| Plaintiff, ) | |
| ) | **ORDER APPROVING STIPULATION** |
| v. ) | **FOR STATUS CONFERENCE** |
| ) | |
| BEHROOZ ZIDEHSARAI and ) | |
| JUSTINA V. ZIDEHSARAI, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Before the Court is the parties' Stipulation for Status Conference ("Stipulation"). Upon consideration of the stipulation, and for good cause shown, it is hereby ORDERED:

1. The Stipulation is approved;

2. A Status Conference is set for May 26, 2016 at 02:30 PM before Judge Mueller in Courtroom Three; and

///

///

---

Order Approving Stipulation for Status Conference
(Case No. 2:14-cv-02818-KJM-EFB)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

3. The parties shall submit, at least seven (7) days prior to the Status Conference, a Joint Status Report.

IT IS SO ORDERED.

Dated this 5th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

Order Approving Stipulation for Status Conference
(Case No. 2:14-cv-02818-KJM-EFB)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366